UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY H. WOLFELT, | CASE NO. 3:23-cv-05641-JHC |
| Plaintiff, | ORDER |
| v. | |
| JOHN C. ROE, South Airport Director; JOSH METCALF, Director of Lewis County Public Works Department; and LARRY E. GROVE, Lewis County Auditor, | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint Without Prejudice for Failure to Comply with RCW 4.96.020, Dkt. # 16, and Motion of Plaintiff for an Order to Stay for 90 Days, Dkt. # 19.  The Court has reviewed all materials filed in connection with both motions, pertinent portions of the record, and the applicable law.  Being fully advised, for the reasons argued by Defendants, the Court GRANTS the motion to dismiss and DENIES the motion for a stay.  The Court DISMISSES this matter with prejudice.

\

\

\

ORDER - 1

Dated this 20th day of October, 2023.

John H. Chun
United States District Judge

ORDER - 2